| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____ Chapter **7** |
| ☐ Check if this an amended filing |

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Providence Financial Investments, Inc.** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **26-4372154** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**6303 Blue Lagoon Dr.**<br>**#435**<br>**Miami, FL 33126**<br>Number, Street, City, State & ZIP Code<br><br>**Miami-Dade**<br>County | **Mailing address, if different from principal place of business**<br><br>**6303 Blue Lagoon Dr.**<br>**Miami, FL 33126**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ | |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor **Providence Financial Investments, Inc.**  Case number (*if known*)
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

Debtor **Providence Financial Investments, Inc.**     Case number (*if known*) _____
      Name

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
     What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
       Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ☐ 1-49
- ☐ 50-99
- ■ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Providence Financial Investments, Inc.**  Case number (*if known*)
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 28, 2016**
MM / DD / YYYY

X **/s/ Giselle Santana**                                   **Giselle Santana**
Signature of authorized representative of debtor            Printed name

Title **CRO**

**18. Signature of attorney**

X **/s/ James B. Miller, Esq.**                             Date **July 28, 2016**
Signature of attorney for debtor                            MM / DD / YYYY

**James B. Miller, Esq.**
Printed name

**James B. Miller, P.A.**
Firm name

**19 West Flagler St.  #416**
**Miami, FL 33130**
Number, Street, City, State & ZIP Code

Contact phone **305-374-0200**          Email address

**0009164**
Bar number and State

```
Amelia Edmee Vazquez-Rodrigo
P.O. Box 9477
Caguas, PR 726


Amelia Rodriguez Concepcion
P.O. Box 9477
Caguas, PR 00726


Ammukutty Samuel
5420 Orleans Lane #8
Minneapolis, MN 55442


Ammukutty Samuel
29445420 Orleans Lane #8
Minneapolis, MN 55442


Ana Girald-Heredia
No. 13 Calle Principal
Guaynabo, PR 969


Ana I. Valentin
Mansiones de Santa Barbara
Azabache Street B31
Guarabo, PR 00778-5106


Andrew Gay
901 E Camino Real 3A
Boca Raton, FL 33432


Angel A. Acevedo Tacoronte
PO Box 362365
Sna Juan, PR 936


Angel Fret
PO Box 465
Dorado, PR   646


Anissa Veronica Hernandez Rive
PO Box 547
Gurabo, PR 778


Antonio Beda-Antonaci
Ext. Alturas de San Patricio
Nogal Street #22
Guaynabo, PR 968
```

```
Aramis Vera Lopez
PO Box 599
Lares, PR 669


Arturo Zamudio
608 Dundee Avenue
Elgin, IL 60120


Atabey Enterprises, Inc
2053 Ave. Pedro Albizu Campos
Suite 2, PMB 202


Barbara A. Victorio
15218 50th Avenue SE
Everett, WA 98208


Barbara V. Bond
1401 5th Avenue W.
Apt 104
Seattle, WA 98119


Benito Quiles
PMB 126
390 Suite 1, Carr 853
Carolina, PR 987


Bernabe Martinez del Toro
Urb. Mansiones de Sierra Taina
Calle 3, #2
Bayamon, PR 956


Betty Boop Retirement Plan
Urb. El Rosario
E-26 Calle Oscar Collazo
vega Baja, PR 693


Break Unit, LLC
1850 SW 164th Avenue
Hollywood, FL 33027


Burgin Family Living Trust
10404 165th Place NE
Redmond, WA 98052
```

```
Carlos Delgado Reyes
PO Box 723
Manti, PR 674


Carlos J. Estrada-Gutierrez
1 Ave Palma Real, Apt 414
Guaynabo, PR 00969-7203


Carlos M. Otero Rivera
P.O. Box 185
Ciales, PR 638


Carlos Nunez
1551 Bird Road
Miami, FL 33146


Carlos O. Romero Ramos
PO Box 21
Angeles, PR 611


Carmen E. Allende
74 Calle Santa Cruz
Apt. 14-A
Bayamon PR 969


Casaundra A. Bruner
77 Brianne Circle
Windsor, CA 95492


Celeste Cardoza
8633Rafael Hernandez #19
Ensenada, PR 647


CGM Holdings
1111 Kane Concourse
Miami Beach, FL 33154


Cheryl C. Shawlee
9200 Interlake Ave. N #A
Seattle, WA 98103


Christine Mobley
1714 243rd Place SE
Bothell, WA 98021
```

```
Cindy Tucker
14818 215th Ave SE
Monroe, WA 98272


Claire Christenson
5925 Forest Blvd. Trail
Wyoming, MN 55092


Constance Jean Floreno
409 Playground Road
High Point, NC 27263


Craig and Leslie Cutler
12302 249th Drive SE
Monroe, WA 98272


Craig Stewart
612 SW Normandy Road
Seattle, WA 98166


Cynthia A. Colon
177 De Diego Ave
Urb. San Francisco
Rio Piedras PR 927


Daniel Hopkins
2442 NW Market Street #417
Seattle, WA 98107


David and Cindy Tucker
14818 215th Avenue SE
Monroe, WA 98272


DBD Retirement Plan
Calle Torreon AB-12
Venus Garden
San Juan, PR 926


Debra Jungquist
449218243 60th Avenue NE
Kenmore, WA 98028


Denis P. Madrigal de las Casas
PO Box 697
Barranquitas, PR 794
```

Dennis Milton
694 E. 133rd Street
Bronx, NY 10454


Diana Vazquez Cruz
PO Box 1796
Corozol, PR 783


Diane Stewart
612 SW Normandy Road
Seattle, WA 98166


Diann Bagley
116 Post Lane
Chehalis, WA 98532


Eddy and Susan Nicholson
1206 E. Casino Road
Everett, WA 98203


Edward J. Navas Perez
PO Box 989
Manati, PR 674


Edwin Melendez Sanchez
Urb Bayamon Hills
A-9 Calle 3 674
Byamon, PR 674


Edwin Perez Rivera
Calle Montebello #30
Urb. Villa del Monte
Toa Alta, PR 953


Efrain A. Marcantoni Exclusa
Calle Ignacio Fernandez #13
Ciales, PR 638


Efrain Arroyo-Robles
2409 Hatton Chase Lane
Kissimmee, FL 34746

Efrain Rivera-Nunez
P.O. Box 1940
Yabucoa, PR 767


Eileen Rosa
500 Calle G
Buzon 152
Aguadolla, PR 603


Eladio Rivera Morales
HC-55 Box 9213
Ceiba, PR735


Eleanor L. Burgin
10404 165th Place NE
Redmond, WA 98052


Elizabeth Figueroa Fontanez
Urb. Eduardo J. Saldana
Calle Isla Verde J-16
Carolina, PR 983


Elizabeth M. Cullen
5774 Greencraig Drive
Houston, TX 77035


Ellen Lamb
21917 Old Poplar War
Lynnwood, WA 98036


Elsa M. Roman Jimenez
PO Box 1689
Corozal, PR 783


Enid G. Morales Otero
Urb. Estancias de Cerro
Gordo Calle Stephanie #5
Vega Alta, PR 692


Enrique J. Ortega Cintron
RR-12 Box 10055
Bayamon, PR 956

EPR - Tutty Retirement Plan
Calle Montebello #30 X-15
Urb. Villa del Monte
Toa Alta, PR 953


Erizel Torres-Torres
PO Box 879
Naranjito, PR 719


Ernest Wilfred
24000 NE 112th LN
Redmond, WA 98053


Esperanza Saurin
23A Midland St
Apt 2
Boston, MA 02125-3335


Evelyn Roman Cuevas
Jardines de la Fuente
#6 Calle California
Toa Alta, PR 953


Fabricio Gomez
11561 SW 64th Street C
Miami, FL 33173


Far III Retirement Plan
Cond. Torre Cibeles II
Apt. 621
San Juan, PR 918


Felipe Pacheco Pacheco and N
HC-4 Box 6484
Corozal, PR 783


Felix Nunez
2053 Ave. Pedro Albizu Campos
Suite 2, PMB 202
Aguadilla, PR 603


Fernando L. Roman Cuevas
Urb. Montecasino
301 Calle Almacigo
Toa Alta, PR 953

```
Fernando L. Velazquez-Arroyo
PO Box 8788
Caguas, PR 726


Fernando Pinero
Humacao Med. Plaza, 53 Av. Ft
Ste 204
Humacao, PR 791


Fideicomiso Fam. Gandara Sou
51 King's Court
Apt. #9-B
San Juan, PR 911


Fideicomiso Familia Sadhana
177 De Diego Ave
Urb. San Francisco
Rio Piedras, PR 927


FJR Distributor Retirement Plan1968
Calle FC-23 Bairoa Golden Gate
Caguas, PR 727


Francisco J. Reyes Vale Retirem1e9n6t9
Urb. Paseo Los Robles
1704 Calle Jose A. Bonilla
Mayaguez, PR 00682-7915


Francisco Montanez Figueroa
PO Box 1235
Corozal, PR 783


Fredie G. Montanez Barrientos
Calle 7 M-6
Urb. Villa Linares
Vega Alta, PR 692


G and M Global Irrevocable Trust
10749 Cory Lake Drive
Tampa, FL 33647


Gayle Flickinger
420 S. 50th Street
Unit B
Renton, WA 98055
```

George Cullen
2375 Mont Claire Drive
Unit 201
Naples, FL 34109


Godwin Aldarondo Girald Miriam1
Calle Vela, Suite 701
Esquire Building
San Juan, PR 918


Grace E. Lambert
1141 Williamson Road
Sequim, WA 98382


Graciano Lopez-Ortiz
P.O. Box 1030
Corozal, PR 783


Gretchen Oldberg
81138 Camino Lampazos
Indio, CA 92203


Hector M. Ortega-Figueroa
Urb. Quintas de Dorado
D 5 Calle Ortegon
Dorado, PR 646


Hector R. Toro-Denis
PO Box 1436
Las Piedras, PR 771


Hector Santos Rivera
PO Box 372346
Cayey, PR 737


Hector Torres
Urb. El Retiro
7 Loma del Viento
Humacaco, PR 791


Hernan Sotomayor
Sirena Q-1
Dorado del mar
Dorado, PR 646

```
Integrated Performance Optimiz
79405 Highway 111
Suite 9-132
La Quinta, CA 92253


Irene Hopkins
2442 NW Market Street #417
Seattle, WA 98107


Isaura Molina Lopez
Calle Azules del Mar E24
Dorado del Mar
Dorado, PR 646


James C. Wagner
2711 148th Street SW
Lynnwood, WA 98087


James Franz
20716 13th Avenue S.
Seattle, WA 98198


Jeffrey and Linda Gaura
5101 Sugar and Wine Road
Monroe, NC 28110


Jeffrey Thomas Sheehan
12614 239th Place NE
Redmond, WA 98053


Jeffrey Todd Sheehan
559 Midwood Court
Bellingham, WA 98229


Jeffrey Watts
13110 NE 177th Pl
#216
Vado, NM 88072


Joan Lambert
9538 Hiker Hill Rd
San Diego, CA 92129
```

JoAnn G. Letinich
141 North Noble Rd.
Edmonds, WA 98020


John M Grendahl
6214 E. Lake Sammamish Pkwy
Unit #305
Redmond, WA 98052


Jorge Billoch
Urb. Sabanera Cascada #38
Cidra, PR 739


Jorge L. Morales Soto and Edel
Urb. Valle de Aramana
C/1 Calle Pomarrosas
Corozal, PR 783


Jorge Luis Vega Padro
273 Calle Uruguay
Apt. 12-F
San Juan, PR 917


Jose A. Carrero Rigual
Jardines de Casablanca
#6 California Street
Toa Alta, PR 953


Jose Beltran-Rivera
HC-05    Box9950
Corozol, PR 783


Jose E. Aguirre
330 Beaver Crossing
Oswego, IL 60543


Jose E. Rivera Santini
HC-01 Box 6601
Aibonto, PR 705


Jose Garcia Medrano
5750 Collins Avenue
Apt. 9-A
Miami Beach, FL 33140

Jose Mari Adad
8824 NE 124th Street
Kirkland, WA 98034


Jose Medina-Fontanez
Condominio Parque 228 #110
Calle Doctor Veve, Apt. 311
Bayamon, PR 961


Jose Pabon Melendez
Sector Pabon #42, Calle Pedro
Babrroion Franquez
Morovis, PR 687


Jose Rovira Retirement Plan
HCDA San Jose Cautiva
Calle Antilla #104
Caguas, PR 725


Josefina Savinon
P.O. Box 361922
San Jose, PR 936


Joseph Langan
855 50th St. N.W.
Danvers, MN 56231


Joycelin Ogle-Ellis
1580 SW 164th Avenue
Hollywood, FL 33027


JPM Investment Corp.
3451 NE 1st Ave.
Miami, FL 33137


Juan E. Ortega Cintron
RR 12 Box 10055
Bayamon, PR 956


Juan M. Zuniga
1101 Austin Avenue
Aurora, IL 60505

```
Juan P. Navedo Ortiz Retiremen1t
Calle 15 H22
Urb. Villa Linares
Vega Alta, PR 692


Juana Aguirre
330 Beaver Crossing
Oswego, IL 60543


Judy K Fremouw
18204 SE Green Valley Road
Auburn, WA 98092


Julian C. Olsen
550 Fir Place
Edmonds, WA 98020-4647


Julian C. Tena
703 Weyrauch Street
West Chicago, IL 60185
```