# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

Providence Financial Investments, Inc.

Case No. 16-20516
Chapter 7

_____ Debtor _____ /

U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FEB 1 2 2024

FILED_____    RECEIVED_____

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Carlos Nunez_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $ _1,694.78_____, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of __Carlos Nunez_____. Applicant further states that:

1.    (Indicate one of the following items:)

    _x__   Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ____   Applicant is either a family member or other authorized personal representative of an incapacitated or deceased individual in whose name funds were deposited or a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.**  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

    ____   Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk"

LF-27 (rev. 12/01/15)

under whose name these funds were deposited.  Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant.  **A Local Form "Affidavit of Claimant" (LF-28) and an original "power of attorney" conforming to the applicable Administrative Office of the US Court's Director's Form are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney**" conforming to the applicable Administrative Office of the US Court's Director's Form** from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

\_\_\_\_ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation.  Applicant has obtained and attached to this application an original "power of attorney" **conforming to the applicable Administrative Office of the US Court's Director's Form** from the debtor (if joint case, both debtors) who are seeking to claim these funds.  Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of the debtor to prove debtor's identity.  The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

\_\_\_\_ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation.  Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right.  Also attached is a copy of an official government photo id of applicant to prove debtor's identity.  The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court.  If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

LF-27 (rev. 12/01/15)

2.    Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: _12/20/23_

Carlos Nunez
**Name Under Which Funds Were Deposited**

255
**Claim Number**

N/A
**Name of Party on Whose Behalf
Application Was Filed\***

Address: _N/A_

_____

_____

**Signature of Applicant**
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _3929_

Tax ID (EIN #) _N/A_

_CARLA NUÑEZ_
Carlos Nunez (Claimant)
**Print Name and Title of Applicant**

N/A
**Print Company Name**

9833 SW 94 Terrace
**Print Street Address**

Miami FL 33176
**Print City and State**

(305) 661-2842
**Telephone (including area code)**

\*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

State of _Florida_
County of _Miami-Dade_

Sworn to and Subscribed before me on this _20th_ day of _December_, 20 _23_.

_____
**SIGNATURE OF NOTARY PUBLIC**

LAZARA ESCARPENTER
Commission # HH 092846
Expires February 15, 2025
Bonded Thru Budget Notary Services

LF-27 (rev. 12/01/15)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

                                        **Case No.: 16-20516-LMI**

**Providence Financial Investments, Inc.**        **Chapter 7**


         **Debtor.**

**NOTICE OF DEPOSIT OF FUNDS WITH THE**
**U.S. BANKRUPTCY COURT CLERK**

Notice is hereby given that:

(X)      The trustee has a balance of $98,052.34 remaining in bank account which represents
         unpresented checks drawn and mailed to creditors of the above-named Debtor in
         accordance with the Order for Payment of Dividends, the Trustee has made a good faith
         effort to verify the correct mailing address for said creditor(s) and deliver the funds
         before presenting this notice, more than sufficient time has passed for these checks to be
         presented for payment: or

( )      The Trustee has a balance of $*** remaining in bank account which represents small
         dividends as defined by F.R.B.P. 3010.


         Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names,

claim numbers and addresses of the creditors and the amounts to which they are entitled.

         **WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been

deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida.

Dated:  July 6, 2023                    /s/ Maria M. Yip. Trustee
                                        Maria M. Yip
                                        One Biscayne Tower
                                        2 S. Biscayne Blve., Suite 2690
                                        Miami, FL 333131
                                        Telephone:  (305) 908-1862
                                        Facsimile: (786) 800-3903
                                        Email: trustee@yipcpa.com

| | | |
|---|---|---|
| BEATRICE BANISTER<br>7590 CR 4045<br>Kemp, TX 75143 | 247PFIF | $225.97 |
| BEATRICE BANISTER<br>7590 CR 4045<br>Kemp, TX 75143 | 248PFIF | $225.97 |
| BEATRICE BANISTER<br>7590 CR 4045<br>Kemp, TX 75143 | 251PFIF | $3,128.53 |
| JIMMY LEE WHITE<br>726 W. Lonesome Dove<br>Arlington, TX 76001 | 252PFIF | $56.49 |
| CARLOS NUNEZ<br>1551 Bird Rd.<br>Coral Gables, FL 33146 | 255PFI | $1,694.78 |
| SANDRA IRIZARRY<br>Urb. Monte Claro, Plaza 38<br>MQ 37<br>Bayamon, PR 00961 | 258PFI | $338.96 |
| SOWMYA MUTHURAMAN<br>2305 Nina Drive<br>Erie, PA 16506 | 260PFI | $416.92 |
| VIRGINIA DURBIN<br>412 Alexander St.<br>Lancaster, TX 75146-1508 | 262PFIF | $246.69 |
| DIANA SPYCHALSKI<br>7650 McCallum Blvd. #707<br>Dallas, TX 75252 | 264PFI | $84.74 |
| VIRGINIA DURBIN<br>412 Alexander St.<br>Lancaster, TX 75146-1508 | 264PFIF | $398.17 |
| DIANA SPYCHALSKI<br>7650 McCallum Blvd. #707<br>Dallas, TX 75252 | 265PFI | $192.08 |
| VIRGINIA DURBIN<br>412 Alexander St.<br>Lancaster, TX 75146-1508 | 265PFIF | $838.37 |
| URBANO S. VICTORIO JR.<br>15218 50th Ave. SE<br>Everett, WA 98208 | 266PFI | $57.18 |
| URBANO S. VICTORIO JR.<br>15218 50th Ave. SE<br>Everett, WA 98208 | 267PFI | $559.11 |

# CARLOS A NUNEZ

## Sensitive Information

SSN: 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                    ISSUED: 1961-1962 in FLORIDA                    DOB: 12/18/1941 AGE: 82

## Possible Aliases

CARLOS A NUNEZ, CARLOS MARTIN NUNEZ, CARLOS MARTIN NUNEZ, CHARLES M NUNEZ, MARIA NUNEZ

## Current Phone

|  |  |  |  |
|---|---|---|---|

| | | | | | - |
|---|---|---|---|---|---|
| **Current Phone** | | | | | **Counties Subject Has Lived In** - |
| Phone | (305) 661-2842 | Type | VoIP | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | City MIAMI | County MIAMI-DADE, FL |
| Phone | (305) 666-6241 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (305) 343-3078 | Type | Mobile | | |
| Carrier | | NEW CINGULAR WIRELESS PCS LLC - GA (AT&T MOBILITY) | | | |
| Phone | (305) 986-0285 | Type | Mobile | | |
| Carrier | | OMNIPOINT MIAMI E LICENSE LLC (T-MOBILE) | | | |
| Phone | (305) 244-3154 | Type | Mobile | | |
| Carrier | | METROPCS INC | | | |
| Phone | (305) 733-0969 | Type | Mobile | | |
| Carrier | | NEW CINGULAR WIRELESS PCS LLC - GA (AT&T MOBILITY) | | | |
| Phone | (954) 447-6593 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (305) 444-3483 | Type | VoIP | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (305) 667-1227 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (954) 880-0451 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (305) 774-9000 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |
| Phone | (385) 666-6241 | Type | LandLine | | |
| Carrier | | ONVOY LLC - UT | | | |
| Phone | (305) 216-3510 | Type | Mobile | | |
| Carrier | | OMNIPOINT MIAMI E LICENSE LLC (T-MOBILE) | | | |
| Phone | (305) 642-1662 | Type | LandLine | | |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | | | |

| Phone | (305) 644-2522 | Type | LandLine |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | |
| Phone | (305) 666-3241 | Type | LandLine |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | |
| Phone | (305) 666-6142 | Type | LandLine |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | |
| Phone | (305) 666-6841 | Type | LandLine |
| Carrier | | BELLSOUTH TELECOMMUNICATIONS INC DBA SOUTHERN BELL TELEPHONE & TELEGRAPH (AT&T SOUTHEAST) | |
| Phone | (786) 294-8446 | Type | Mobile |
| Carrier | | METROPCS INC | |
| Phone | (368) 661-2842 | Type | Unknown |
| Carrier | | | |

## Address History

| 07/2017-12/2023 | 9833 SW 94TH TER, MIAMI, FL 33176 |
| 12/2018-12/2018 | 201 ALHAMBRA CIR STE 701, CORAL GABLES, FL 33134 |
| 11/2018-11/2018 | 9833 SW 9TH TER, CORAL GABLES, FL 33146 |
| 06/2018-06/2018 | 9833 SW 94TH TER # MSW, MIAMI, FL 33176 |
| 03/2018-03/2018 | 9833 SW 9 XTERR, MIAMI, FL 33176 |
| 02/1993-12/2017 | 1551 BIRD RD, CORAL GABLES, FL 33146 |
| 07/2014-07/2014 | 1511 BIRD RD, CORAL GABLES, FL 33146 |
| 06/2014-06/2014 | 1450 NW 87TH AVE STE 210, DORAL, FL 33172 |
| 02/2014-06/2014 | 3501 DURANGO ST, CORAL GABLES, FL 33134 |
| 04/2013-04/2013 | 11501 SW 40TH ST, MIAMI, FL 33165 |
| 04/2006-09/2009 | 2100 SALZEDO ST STE 303, CORAL GABLES, FL 33134 |
| 09/2008-10/2008 | 6400 SW 62ND AVE, SOUTH MIAMI, FL 33143 |
| 03/1985-03/1985 | DECEASED COLLECTIONS, MIAMI, FL 33152 |